IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

RENE INFANTE NUNEZ,                          *

          Petitioner,                         *

v.                                           Case No.  4:25-cv-388-CDL-AGH

                            *

Warden, STEWART DETENTION CENTER, *et al.,*                                    *

          Respondents.                        *

_____

**J U D G M E N T**

Pursuant to this Court's Order dated 5/27/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 27th day of May, 2026.

          David W. Bunt, Clerk

          s/ Elizabeth S. Long, Deputy Clerk